IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| Daniel Wise, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:09-cv-0082 |
| Steubenville Police Department, | : | JUDGE HOLSCHUH |
| Defendant. | : | |

ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 24, 2009. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Mr. Wise's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted. The complaint is dismissed as frivolous and for lack of subject matter jurisdiction. A copy of the complaint, the Report and Recommendation and this dismissal order shall be mailed to the defendants.

Date: April 16, 2009                **/s/ John D. Holschuh**
                                              John D. Holschuh, Judge
                                              United States District Court